FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 03 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

## Michael Mowla
### Attorney



**BOARD CERTIFIED**
Texas Board of Legal Specialization
CRIMINAL APPELLATE LAW

Mail: 445 E. FM 1382 #3-718
Cedar Hill, TX 75104
Dallas County

Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
www.mowlalaw.com

March 1, 2015

Twelfth Court of Appeals
1517 W. Front Street Suite 354
Tyler, Texas 75702

**Re:** ***Walker v. State*, 12-12-00379-CR, 12th Court of Appeals,**
**241-0593-12, 241st District Court Smith County**
**Via USPS PRIORITY MAIL**

Dear Clerk of Court:

Please see enclosed the letter from the court invoicing the exhibits from the exhibits volumes in this case, which are Volumes 15, 16, and 17, payment of $1,170.00, and a priority mail return envelope with postage paid. Please send to me the exhibits volumes in this case in electronic format and a receipt for this payment. Thank you.

Sincerely,

Michael Mowla

Enclosures